IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAKITA TOWNSEND, *et al.*, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:06cv263-CSC |
| | ) |
| PTL PASCALL TRUCK LINES, *et al*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

On May 24, 2006, the court ordered the parties to file a FED. R. CIV. P. 26(f) planning report on or before June 14, 2006. *See* Doc. # 3. To date, the parties have filed nothing in response to the court's order. Accordingly, it is

ORDERED that on or before July 5, 2006, the parties shall show cause why they should not be sanctioned for their failure to file a FED. R. CIV. P. 26(f) planning report as directed by the court.

Done this 20th day of June, 2006.

                        /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE