

**LAW OFFICES OF**

**Dominick Fletcher Yeilding, Wood & Lloyd, P.A.**
A PROFESSIONAL CORPORATION

2121 Highland Avenue South
Birmingham, Alabama 35205

MAILING ADDRESS
POST OFFICE BOX 1387
BIRMINGHAM, ALABAMA 35201-1387

TELEPHONE (205) 939-0033
FACSIMILE (205) 933-6133
www.dfy.com

**Arthur J. Hanes, Jr.**

May 30, 2006

**VIA FACSIMILE and U.S. MAIL**

M. Todd Wheeles, Esq.
Morris, Haynes & Hornsby
3500 Colonnade Parkway
Suite 100
Birmingham, Alabama 35243

Lea Richmond, IV, Esq.
Thomas L. Oliver, II, Esq.
Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.
100 Vestavia Parkway
Suite 200
Birmingham, Alabama 35216

    RE:    Makita Townsend, et al vs PTL Pascall Truck Lines, Inc.
             In the United States District Court of Alabama, Middle District
             Case Number: 2:06-CV-262-CSC

Dear Counsel:

    This will confirm that the above styled case will be mediated in the office of **Dominick, Fletcher, Yeilding, Wood & Lloyd, P.A. located at 2121 Highland Avenue South, Birmingham, Alabama 35205, on July 21, 2006** beginning at **9:00 a.m.**, and that this date has been confirmed on your calendars, as well as that of your clients (or those persons who will be present representing your clients).

    I request that each of you provide me with a position statement prior to mediation. Your position statement should contain the material specified by Rule 8, Civil Court Mediation Rules. I ask that the plaintiff's submission include the complaint and any amendments thereto. The defendants' submission should include the

W0201746.1 \ 10875-00002

May 30, 2006 ❖ Page 2 of 2

Dominick, Fletcher, Yeilding, Wood & Lloyd, P. A.

answer and any amendments thereto, as well as the Pretrial Order, if any. Each side should also submit a brief statement of its position. I urge you to share your position statement with opposing counsel (the more your opposition understands your position, the better able they will be to properly negotiate with you). However, to the extent you deem it in your best interest, you may make the statement confidential, in whole or in part. If you choose, motions for summary judgment and briefs and answers thereto may be substituted for all of the above.

It is important that each of you have persons present with full authority to resolve the case. You will be afforded the opportunity to make an opening statement directed to the opposing party. Thereafter, we will work toward resolution, frequently through a series of caucuses.

My fee this mediation service is **$200.00** per hour, plus expenses, to be divided equally among the parties. I request a retainer of $400.00 from each party to confirm and reserve your date. Our tax identification number is 63-0642696.

I look forward to assisting all of you in resolving this matter. If you should have any questions, you should not hesitate to contact me.

Sincerely yours,

Arthur J. Hanes, Jr.
Mediator

AJHjr/mt

W0201746.1 \ 10875-00002