IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

MAKITA TOWNSEND, Individually, and )
as mother and next best friend of )
ADRIAN JUDKINS, JR. and mother and )
next best friend of KENTARIUS )
TOWNSEND; and VALENCIA RODGERS )   Case No.:   2:06cv263-CSC
as legal guardian of KAVOSEYAE )
RODGERS; and ANESSA JUDKINS as )
mother and next best friend of )
ALONZO JONES, )

        Plaintiffs, )

v. )

PTL Pascall Truck Lines Inc. et al., )

        Defendants. )

## REPORT OF THE PARTIES PLANNING MEETING

1. Pursuant to FED. R. CIV. 26(f), a meeting was held on June 20, 2006 via telephone conference and was attended by:

M. Todd Wheeles, Esq., for Plaintiffs;
Lea Richmond, IV, Esq., for Defendant Paschall Truck Lines, Inc.

2. **Pre-Discovery Disclosures**. The parties will exchange by July 15, 2006, the information required by Federal Rule of Civil Procedure 26(a)(1).

3. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects: Plaintiffs' claims and damages and Defendant's defenses.

All discovery commenced in time to be completed by February 1, 2007.

Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

-1-

Maximum of 30 requests for production by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of ten (10) depositions by Plaintiffs and ten (10) depositions by Defendant. Each deposition is limited to a maximum of 8 hours per deponent.

Reports from retained experts under Rule 26(a)(2) due:
    from Plaintiffs by **October 1, 2006.**
    from Defendant by **November 1, 2006.**

Supplements under Rule 26(e) due within **30 days** before trial.

4. **Other items.**

The parties (do/<u>do not</u>) request a conference with the Court before entry of the scheduling order.

Plaintiffs should be allowed until **August 1, 2006**, to join additional parties and to amend the pleadings.

Defendant should be allowed until **September 1, 2006**, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by **February 6, 2007**.

The parties request a pre-trial conference on **May 7, 2007, four weeks before the trial setting indicated below.**

Final lists of trial evidence under Rule 26(a)(3) should be due:

    from Plaintiffs: witnesses and exhibit list exchanged **30 days before trial.**
    from Defendant: witnesses and exhibit list exchanged **30 days before trial.**

Parties should have 10 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The parties have discussed settlement, and **mediation is currently scheduled for July 21, 2006, before Judge Art Hanes.**

This case should be ready for trial by **the Court's June 4, 2007, civil jury docket** in **Montgomery, Alabama**, and at this time is expected to take approximately 5 days.

-2-

_/s/ M. Todd Wheeles_  
M. Todd Wheeles  
Attorney for Plaintiffs

MORRIS, HAYNES & HORNSBY  
3500 Colonnade Parkway, Suite 100  
Birmingham, Alabama 35243  
Telephone:  (205) 324-4008  
Facsimile:  (205) 324-0803

_/s/ Lea Richmond, IV_  
Lea Richmond, IV  
Attorney for Defendant

CARR ALLISON  
100 Vestavia Parkway  
Birmingham, Alabama 35216  
Telephone:  (205) 822-2006  
Facsimile:  (205) 822-2057