IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN -6 A 11: 11

| | | |
|---|---|---|
| MAKITA TOWNSEND, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv263-CSC |
| | ) | |
| PTL PASCALL TRUCK LINES, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

5/30/06
Date

[Signature]
Signature

Paschall Truck Lines, Inc.
Counsel For (**print** name of all parties)

CARR ALLISON
100 Vestavia Parkway, Birmingham, AL 35216
Address, City, State Zip Code

(205) 822-2006
Telephone Number

# DO NOT ELECTRONICALLY FILE THIS DOCUMENT