IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUL 10  A 9:58

[CLERK STAMP]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MAKITA TOWNSEND, *et al.*,　　　　)
　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　CIVIL ACTION NO. _____
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
PTL PASCALL TRUCK LINES, *et al*,　)
　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　 )

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

7-7-06
Date

[Signature]
Signature

Makita Townsend, Individually + as mother of Adrian Judkins, Jr., and mother of Kentarius Townsend; Valencia Rodgers as legal guardian of Kavoseyae Rogers; Anessa Judkins, as mother of Alonzo Jones.
Counsel For (**print** name of all parties)

3500 Colonnade Pkwy, Suite 100
Birmingham, AL 35243
Address, City, State Zip Code

205-324-4008
Telephone Number

## DO NOT ELECTRONICALLY FILE THIS DOCUMENT

3