IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MAKITA TOWNSEND, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:06-CV-263-CSC |
| PTL PASCHAL TRUCK LINES, | ) | |
| | ) | |
| Defendant(s). | ) | |

### REPORT OF MEDIATOR

Mediation was held on July 21, 2006. All parties participated. A settlement was reached in this matter. The parties will request appropriate orders from the court.

Respectfully submitted,

_Arthur J. Hanes, Jr._
Arthur J. Hanes, Jr.
Mediator

OF COUNSEL:

Dominick, Fletcher, Yeilding, Wood & Lloyd
2121 Highland Avenue South
Birmingham, Alabama 35205
(205) 939-0033

W0204222.2 \ 16079-00001

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been served on all counsel listed by placing a copy of same in the United States mail, postage prepaid, on this the 25th day of July, 2006.

_____
OF COUNSEL

Honorable Charles S. Coody
United States District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104

Todd Wheeles, Esq.
Morris, Haynes & Hornsby
3500 Colonnade Parkway
Suite 100
Birmingham, Alabama 35243

Lea Richmond, IV, Esq.
Thomas L. Oliver, Esq.
Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.
100 Vestavia Parkway
Suite 200
Birmingham, Alabama 35216

Edward J. Berry, Esq.
Jones & Berry, P.C.
1205 North 19th Street
Birmingham, Alabama 35234