IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAKITA TOWNSEND, *et al.*, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv263-CSC |
| ) | |
| PTL PASCALL TRUCK LINES, *et al*, ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

On July 27, 2006, the parties notified the court that they had reached an amicable settlement of all issues in this case. This litigation involves a minor plaintiff which necessitates the appointment of a Guardian Ad Litem and a Pro Ami Hearing. Accordingly, it is

ORDERED that a pro ami fairness hearing be and is hereby scheduled for September 25, 2006 at 3:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that Kelly Fitzgerald Pate of the law firm of Balch & Bingham, Montgomery, Alabama be and is hereby appointed guardian ad litem to represent and defend the interest of Adrian Judkins, Jr., the minor child in these proceedings.

The Clerk of the Court is DIRECTED to provide a copy of the complaint and a copy of this order to Mrs. Pate.

Done this 7th day of August, 2006.

                        /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE