IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAKITA TOWNSEND, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv263-CSC |
| ) | |
| PTL PASCALL TRUCK LINES, *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the July 27, 2006, motion to appoint guardian ad litem (doc. # 10) filed by the parties. On August 7, 2006, the court entered an order setting this matter for a pro ami hearing and appointing Kelly Fitzgerald Pate of the law firm of Balch and Bingham as guardian ad litem to represent and defend the interests of the minor child in these proceedings. (Doc. # 12) In accordance with the prior order of the court, it is

ORDERED that the motion  motion to appoint guardian ad litem (doc. # 10) be and is hereby GRANTED and Attorney Kelly Fitzgerald Pate of the law firm of Balch and Bingham be and is hereby APPOINTED guardian ad litem to represent and defend the interests of the minor child in these proceedings.

Done this 14th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE