# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 9/25/06 | AT | 3:00 p.m to 3:08 p.m. |
| DATE COMPLETED: 9/25/06 | | FTR Recording |

MARKITA TOWNSEND, et al

    Plaintiff

vs..

    CASE NO. 2:06CV263-CSC

PTL PASCALL TRUCK LINES, INC.

    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Michael T. Wheeles<br>Atty. Kelly F. Pate, Guardian Ad Litem | | Atty. Lea Richmond |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: CORRIE LONG

---

( X ) OTHER PROCEEDINGS:    *__PRO AMI FAIRNESS HEARING__*

# **SEE MINUTES ATTACHED**

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | Pro Ami Hearings - 2:06cv263-CSC | |
| **Date** 9/25/2006 | **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 3:00:08 PM | Court | Court convenes; parties present as noted; Discussions as to the settlement of the claims for Adrian Judkins; The court has appointed guardian ad llitem for the minor deft, Atty. Pate; Discussion as to other minor defts listed on the original complaint; What happened with them?; |
| 3:00:43 PM | Atty. Wheeles | Two of there other minor defts cases were settled for less than $5,000; |
| 3:01:02 PM | Court | Which ones are those: |
| 3:01:04 PM | Atty. Wheeles | Kavoseyae Rodgers and Alonzo Jones; We are voluntarily dismissing the claims of Kentarius Townsend; |
| 3:01:37 PM | court | Discussions as to the voluntary dismissal claim; |
| 3:01:41 PM | Atty Wheeles | Response; |
| 3:02:15 PM | Court | Was there another minor, Anessa Judkins? |
| 3:02:20 PM | Atty. Wheeles | That the mother of Alonzo Jones; |
| 3:02:27 PM | Court | Valencia Rodgers is who? |
| 3:02:46 PM | Atty. Wheeles | The legally appointed guardian of Kavoseyae Rodgers; |
| 3:02:54 PM | Court | What is the settlement as to Adrian Judkins; |
| 3:03:09 PM | Atty. Wheeles | $100,000.00 |
| 3:03:15 PM | Court | How are those proceeds disbursed; |
| 3:03:22 PM | Atty. Wheeles | That's the total amount for him; |
| 3:03:36 PM | Court | Markita Townsend is who? |
| 3:03:38 PM | Atty. Wheeles | The mother of Adrianne Judkins; |
| 3:03:40 PM | Court | Is any of that money to be disbursed to her?; |
| 3:03:41 PM | Atty. Wheeles | No sir. She had a separate claim. settled independantly; |
| 3:03:54 PM | Court | Out of that $100,000, what are the expenses for counsel; |
| 3:03:59 PM | Atty. Wheeles | Aproximately $6,000.00; |
| 3:04:07 PM | court | Your fees are what percentage; |
| 3:04:10 PM | Atty. Wheeles | 40%; |
| 3:04:16 PM | Court | The net amount to be disbursed to Ms. Judkins is what amount?; |
| 3:04:24 PM | Atty. Wheeles | It's 40% of 96,000; |
| 3:04:27 PM | Court | $54,000?; |
| 3:04:47 PM | Law Clerk | Calculations; |
| 3:04:50 PM | Atty. Wheeles | 60% of $94,000; |
| 3:05:01 PM | Court | Addresses Atty. Pate as to the settlement |
| 3:05:22 PM | Atty. Pate | Response ; believes the settlement is in the best interest of the minor; |
| 3:05:47 PM | Court | What's going to happen with this money? |
| 3:05:49 PM | Atty. Pate | The parties have not set out how this money is to be distributed; Recommends that a conservator be appointed; |
| 3:06:04 PM | Court | Any objections to that? |

| 3 :06:14 PM | Atty. Richmond | No. |
|---|---|---|
| 3 :06:14 PM | Atty. Wheeles | No. |
| 3 :06:23 PM | Court | Who long does that takes?; |
| 3 :06:28 PM | Atty. Wheeles | No sir. This is the first time doing one: |
| 3 :06:28 PM | Court | Will put in the order that evidence of that appointment be filed with the court within 30 days; The court finds that the settlement is appropriate and in the best interest of the minor child; Will enter an order approving payment ; Discussion of atty fees for Atty. Pate; |
| 3 :07:33 PM | Atty. Pate | The parties agreed to pay up to $2,000 for the guardian ad litem; |
| 3 :08:04 PM | Court | Is that the agreement of the parties?; |
| 3 :08:06 PM | Atty. Richmond | Yes sir; |
| 3 :08:19 PM | Court | Court is recessed. |