IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAKITA TOWNSEND, *et al.*,       )
                                 )
          Plaintiff,             )
                                 )
v.                               )     CIVIL ACTION NO.  2:06cv263-CSC
                                 )
PTL PASCALL TRUCK LINES, *et al.*, )
                                 )
          Defendants.            )

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case,

it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with

prejudice.  It is further

ORDERED that all pending deadlines are terminated and all pending motions are

hereby DENIED as moot.

Done this 27th day of September, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE